**Order entered May 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00435-CR

**BRENTDRICK DEMOND COLLIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76269-P**

## ORDER

Before the Court is Official Court Reporter Lisabeth Kellett's May 20, 2019 first request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **FIFTEEN DAYS** of the date of this order.

/s/ BILL PEDERSEN, III
   JUSTICE